SPORTS ARENA EMPLOYEES LOCAL 137 v. NEW JERSEY
SPORTS AND EXPOSITION AUTHORITY.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW THOMASE.

March 30, 1982.

Petition for certification denied.

IN THE MATTER OF THE TRUST INDENTURE OF
MARY ALICE WHALEY.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY BENSON.

March 30, 1982.

Petition for certification denied.